FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0559

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0559

IN THE MATTER OF:

L.O.,

Youth in Need of Care.

**ORDER GRANTING MOTION FOR
FIRST EXTENSION OF TIME**

Upon consideration of Appellant Father's motion for extension of time, and good cause appearing therefore, Appellant Father is granted an extension of time until May 1, 20202, to prepare, serve, and file his reply brief.

No further extensions will be granted.

Electronically signed by:
Grant of Extension of Time Mike McGrath
Chief Justice, Montana Supreme Court
PAGE 1 April 13 2020